IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

| | |
|---|---|
| COUNTRY MUTUAL INSURANCE COMPANY, an Illinois corporation,<br><br>    Plaintiff,<br><br> v.<br><br>KEVIN THOMAS LARSON, an individual; DUANE LARSON, an individual; COLLEEN LARSON, an individual; JOSHUA CARPENTER, an individual; and DAVID WESLEY SCHOCK, an individual,<br><br>    Defendants. | Civil No. 08-6154-TC<br><br>ORDER |

  Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on February 26, 2010. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my

1 - ORDER

obligation to give the factual findings <u>de novo</u> review. <u>Lorin Corp. v. Goto & Co., Ltd.</u>, 700 F.2d 1202, 1206 (9th Cir. 1982). <u>See also</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles <u>de novo</u>, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. The plaintiff's motion for summary judgment is granted and the plaintiff has no duty to defend or indemnify Kevin Larson. The plaintiff's motion regarding the automobile policy is denied without prejudice.

DATED this _____19th_____ day of March, 2010.

_____
United States District Judge

2   - ORDER